# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142160

ALLSTATE INSURANCE COMPANY,
      Plaintiff-Appellee,

v

SC: 142160
COA: 290133
Oakland CC: 2004-063179-CK

TIMOTHY BROE, ELEANOR BROE, and
BROE REHABILITATION SERVICES INC.,
      Defendants-Appellants.
_____

      On order of the Chief Justice, pursuant to the stipulation of the parties, the motion for reconsideration is dismissed with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2011

_____
Clerk